**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7246**

DEONTA JEROME HICKS,

Plaintiff - Appellant,

v.

JEFF KISER; C/O ROBINETTE; SHANNON FULLER, Assistant Warden; LT. GILBERT,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Robert Stewart Ballou, Magistrate Judge.  (7:21-cv-00465-RSB)

Submitted:  April 20, 2023                        Decided:  April 25, 2023

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Deonta Jerome Hicks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deonta Jerome Hicks, a Virginia inmate, appeals the magistrate judge's order[*] dismissing his 42 U.S.C. § 1983 action. We have reviewed the record de novo and identified no error in the magistrate judge granting Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss. *See Mays v. Sprinkle*, 992 F.3d 295, 299 (4th Cir. 2021) (stating standard of review for Rule 12(b)(6) dismissal). Accordingly, we affirm the magistrate judge's order. *Hicks v. Kiser*, No. 7:21-cv-00465-RSB (W.D. Va. Sept. 29, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Despite Hicks' suggestion to the contrary, our review of the record confirms that the parties consented to jurisdiction before a magistrate judge pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

2